```
                                                    Priority  ___
                                                    Send      ___
                                                    Enter     ___
                                                    Closed    ___
                                                    JS-5/JS-6  ✓
                                                    JS-2/JS-3 ___
                                                    Scan Only  ✓
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH JUAREZ JOHNSON,<br><br>           Petitioner,<br>    v.<br><br>MATTHEW CATE, Warden,<br><br>           Respondent. | Case No. SACV 11-353-JST (OP)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court accepts the findings and recommendations of the Magistrate Judge,

/ / /

/ / /

/ / /

IT IS ORDERED that Judgment be entered: (1) approving and adopting this Report and Recommendation; and (2) directing that Judgment be entered denying the First Amended Petition and dismissing this action with prejudice.

DATED: 12-07-11

HONORABLE JOSEPHINE STATON TUCKER
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge