JS-6

Priority  
Send  
Enter  
Closed  
JS-5/JS-6  
JS-2/JS-3  
~~Scan~~ Only ✓

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH JUAREZ JOHNSON,<br><br>　　　　　　Petitioner,<br>　　v.<br><br>MATTHEW CATE, Warden,<br><br>　　　　　　Respondent. | Case No. SACV 11-353-JST (OP)<br><br>**JUDGMENT** |

　　Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

　　IT IS ADJUDGED that the First Amended Petition is denied and this action is dismissed with prejudice.

DATED: 12·07·11

_____  
HONORABLE JOSEPHINE STATON TUCKER  
United States District Judge

Prepared by:

_____  
HONORABLE OSWALD PARADA  
United States Magistrate Judge